■ JAJACQUE REALTY CORP., Appellant, v JOSEPH A. GALLIO, as Commissioner of Accounts of the City of Beacon, et al., Respondents. — Appeal by plaintiff from an order of the Supreme Court, Dutchess County (Coppola, J.), dated August 31, 1981, which, *inter alia,* granted a motion to dismiss the complaint. Order affirmed, with one bill of $50 costs and disbursements (*Gramatan Home Investors Corp. v Lopez*, 46 NY2d 481; *Vavolizza v Krieger*, 33 NY2d 351; *Matter of American Ins. Co. [Messinger — Aetna Cas. & Sur. Co.]*, 43 NY2d 184). Mollen, P. J., Weinstein, Bracken and Rubin, JJ., concur.